UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHANNEN SYDNOR,

                Plaintiff,          23 **CIVIL** 3603 (JPC)(JLC)

   -v-                **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 6, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including a new hearing.

**Dated:** New York, New York
       September 6, 2023

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                        **BY:**        *K. Mango*

                                                     **Deputy Clerk**