```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
SHANNEN SYDNOR,                                     :
                                                    :
                        Plaintiff,                  :
                                                    :           23 Civ. 3603 (JPC)
        -v-                                         :
                                                    :                 ORDER
KILOLO KIJAKAZI, Acting Commissioner of the Social  :
Security Administration,                            :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant is directed to file a response to Plaintiff's motion for an extension of time or, in the alternative, attorney's fees, Dkts. 18-19, by March 7, 2025.

SO ORDERED.

Dated: February 25, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge