```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
SHANNEN SYDNOR,                                 :
                                                :
                        Plaintiff,              :
                                                :          23 Civ. 3603 (JPC)
           -v-                                  :
                                                :                ORDER
KILOLO KIJAKAZI, Acting Commissioner of the Social :
Security Administration,                        :
                                                :
                        Defendant.              :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court's February 25, 2025 Order required Defendant to file a response to Plaintiff's motion for an extension of time or, in the alternative, attorney's fees, Dkts. 18-19, by March 7, 2025. Dkt. 20. That deadline has passed and the docket does not reflect the entry of a response. The Court *sua sponte* extends Defendant's deadline to March 12, 2025.

SO ORDERED.

Dated: March 10, 2025
       New York, New York

                                          _____
                                                JOHN P. CRONAN
                                          United States District Judge